IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:   21-po-00007-JMC

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH CARLSON,

    Defendant.

---

### ORDER RE: DEFENDANT'S UNOPPOSED MOTION
### TO CONTINUE TRIAL TO THE COURT

---

**UPON CONSIDERATION** of Defendant's Motion, noting it is *unopposed* and the Court being otherwise fully informed on the matter, the Court hereby **GRANTS** the motion. The trial set for December 13, 2021 is vacated and continued/rescheduled to February 14, 2022 at 10:00AM.

Other:

SO ORDERED.

Dated: 12/1/21

_____
Magistrate Judge James M. Candelaria