IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-po-00007-JMC

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH CARLSON,

    Defendant.

---

### ORDER RE: UNOPPOSED MOTION TO VACATE TRIAL/APPEARANCE ON 2/14/22 AND SCHEDULE FOR ENTRY OF PLEA HEARING

---

**UPON CONSIDERATION** of Defendant's Unopposed Motion to Vacate the Trial/Appearance on 2/14/22 and schedule for Entry of Plea Hearing, noting it is *unopposed* and the Court being otherwise fully informed on the matter, the Court hereby **GRANTS** the motion. The trial set for February 14, 2022 is vacated and this matter is set for a Change of Plea Hearing, scheduled for March 7, 2022 at _10:00 A___ (time). Mr. Carlson is permitted to appear for this hearing by VTC.

**Other:**

**SO ORDERED.**

Dated: _2-14-22_

                                                              Magistrate Judge James M. Candelaria